FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 SEP 10 PM 2:02

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:08-cr-324-J-25TEM
49 U.S.C. § 46308(3)

HENRY J. GROS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From a time period beginning in or about April 2008 and continuing until at least on or about May 4, 2008, in Duval County, in the Middle District of Florida,

HENRY J. GROS,

the defendant herein, knowingly interfered with the operation of a true light or signal with respect to United States military air navigation.

In violation of Title 49, United States Code, Section 46308(3).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
RONALD D. DESANTIS
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Chief, Jacksonville Division

2

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

HENRY J. GROS

## INDICTMENT

Violations:

49 USC §46308

A true bill,

_____
Foreperson

Filed in open court this 10th day
of September, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525