FILED IN OPEN COURT

/0-08-08

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

HENRY J. GROS

CASE NO.   3:08-cr-324(S1)-J-25TEM
Ct. 1:   49 U.S.C. § 46308(3)
Ct. 2:   18 U.S.C. § 32(a)(5) &
         18 U.S.C. § 32(a)(8)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

From a time period beginning in or about April 2008 and continuing until at least on or about May 4, 2008, in Duval County, in the Middle District of Florida,

HENRY J. GROS,

the defendant herein, knowingly interfered with the operation of a true light or signal with respect to United States military air navigation.

In violation of Title 49, United States Code, Section 46308(3).

### COUNT TWO

From a time period beginning in or about April 2008 and continuing until at least on or about May 4, 2008, in Duval County, in the Middle District of Florida,

HENRY J. GROS,

the defendant herein, with intent to endanger the safety of any person and with a reckless disregard for the safety of human life, did knowingly and willfully interfere with

and disable, and attempt to interfere with and disable, persons engaged in the authorized operation of aircraft of the Armed Forces of the United States.

In violation of Title 18, United States Code, Sections 32(a)(5) and 32(a)(8).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *Kathleen O'Malley for*
RONALD D. DESANTIS
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

HENRY J. GROS

## SUPERSEDING INDICTMENT

Violations:

Ct. 1: 49 U.S.C. § 46308(3)
Ct. 2: 18 U.S.C. § 32(a)(5)
18 U.S.C. §32(a)(8)

A true bill,

_____
Foreperson

Filed in open court this ___ day of October, A.D. 2008.

_____
Clerk

Bail $ _____

GPO 863 525